# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:13-cv-00193-MR
# (CRIMINAL CASE NO. 1:09-cr-00013-MR-2)

| | |
|---|---|
| LAKEIA GARI BRIGGS, ) ) Petitioner, ) ) vs. ) ) UNITED STATES OF AMERICA, ) ) Respondent. ) _____ ) | O R D E R |

**THIS MATTER** is before the Court on the Government's Motion to Hold Case in Abeyance [Doc. 5].

The Government moves the Court to hold this action in abeyance pending resolution by the Fourth Circuit Court of Appeals of the Government's petition for rehearing *en banc* in Whiteside v. United States, No. 7152. For the reasons stated in the Government's motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 5] is **GRANTED**, and this case shall be held in abeyance pending resolution of the Government's petition for rehearing *en banc* in Whiteside v. United States, No. 7152. The Government shall have 45 days from the

issuance of the Fourth Circuit's mandate in <u>Whiteside</u> within which to file its response to Petitioner's motion to vacate.

**IT IS SO ORDERED.**

Signed: June 19, 2014

Martin Reidinger
United States District Judge