# United States District Court
## Western District of North Carolina
## Division

| | | |
|---|---|---|
| Lakeia Gari Briggs **,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner | ) | 1:13-cv-00193 |
| | ) | 1:09-cr-00013- 2 |
| vs. | ) | |
| | ) | |
| United States of America**,** | ) | |
| | | |
| Respondent | | |
| | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 20, 2015 Order.

May 20, 2015

*Frank G. John*

Frank G. Johns, Clerk
United States District Court